UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

R.B.,[1]

    Plaintiff,

    v.

LELAND DUDEK, et al.,[2]
Acting Commissioner of Social Security,

    Defendants.

Case No. 24-cv-08348-PHK

**JUDGMENT**

Pursuant to the Parties' stipulation, **IT IS HEREBY ADJUDGED** that the agency's final decision is reversed and remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner of Social Security. On remand, the Commissioner of Social Security shall assume jurisdiction to conduct further administrative proceedings as set forth in this Judgment and in this Court's Order granting the Parties' stipulation and remanding this case for further proceedings. This constitutes a final judgment under Federal Rule of Civil Procedure 58. **IT IS SO ORDERED.**

Dated: March 4, 2025

PETER H. KANG
United States Magistrate Judge

---

[1] Due to significant privacy concerns in social security cases, the Court refers to the Plaintiff only by their first and last initial.
[2] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit.